1  HERBERT H. RAY, JR.
   Alaska Bar No. 8811201
2  bert.ray@kyl.com
   COURTNEY L. COLLINS
3  Alaska Bar No. 1311077
   courtney.collins@kyl.com
4  KEESAL, YOUNG & LOGAN
   1029 West Third Avenue, Suite 650
5  Anchorage, Alaska  99501-1954
   Telephone:     (907) 279-9696
6  Facsimile:     (907) 279-4239

7  Attorneys for Defendant
   HEAT SOFTWARE USA, INC.
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS,<br><br>                    Plaintiff,<br><br>  vs.<br><br>HEAT SOFTWARE USA, INC.,<br><br>                    Defendant. | Case No. 3:15-cv-00232-HRH<br><br>**JOINT NOTICE TO COURT OF SETTLEMENT AND IMPENDING DISMISSAL** |

Plaintiff Association of Village Council Presidents ("Plaintiff") and Defendant Heat Software USA, Inc. ("Defendant"), by and through their undersigned counsel, jointly file this Notice to inform the court of the following:

The Parties have executed a final settlement agreement resolving this action in its entirety.

The Parties are currently in the process of performing and confirming their respective obligations under the settlement agreement.

The Parties anticipate that a joint stipulation for dismissal of this action will be filed with

the Court within five business days.

If some unforeseen circumstance prevents the Parties from filing the stipulation for dismissal in a timely manner, the Parties will file a status report with the Court no later than November 4, 2016.

Given these developments, and in light of the Parties' joint interest in cooperating to dismiss this action pursuant to the terms of the settlement agreement, Plaintiff waives the current deadline of October 20, 2016 for Defendant to respond to the complaint.

DATED at Anchorage, Alaska this 20th day of October, 2016.

KEESAL, YOUNG & LOGAN
Attorneys for Defendant
HEAT SOFTWARE USA, INC.

s/ Courtney L. Collins
COURTNEY L. COLLINS
Alaska Bar No. 1311077
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Phone: (907) 279-9696
Fax: (907) 279-4239
E-mail: courtney.collins@kyl.com

DATED at Anchorage, Alaska this 20th day of October, 2016.

POWER AND BROWN, LLC
Attorneys for Plaintiff
ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS

s/ Sean E. Brown
SEAN E. BROWN, Alaska 0205012
800 E. Dimond Blvd., Suite 3-395
Anchorage, AK 99515
Phone: (907) 222-9900
Fax: (907) 888-222-9900
Email: admin@powerbrown.com

JOINT NOTICE TO COURT OF SETTLEMENT
AND IMPENDING DISMISSAL
*ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS v. HEAT SOFTWARE USA, INC.*
Case No. 3:15-cv-00232-HRH                                                    Page 2 of 3

Case 3:15-cv-00232-HRH   Document 21   Filed 10/20/16   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2016 I caused a true and correct copy of the foregoing JOINT NOTICE TO COURT OF SETTLEMENT AND IMPENDING DISMISSAL to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Michele L. Power
Power and Brown, LLC
P.O. Box 1809
Bethel, AK 99559
admin@powerbrown.com

Sean E. Brown
Power and Brown, LLC
800 East Dimond Boulevard
Suite 3-395
Anchorage, AK 99515
admin@powerbrown.com


s/ Courtney L. Collins


7891-1/ **Error! Unknown document property name.**

JOINT NOTICE TO COURT OF SETTLEMENT
AND IMPENDING DISMISSAL
*ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS v. HEAT SOFTWARE USA, INC.*
Case No. 3:15-cv-00232-HRH                                                                 Page 3 of 3