IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ASSOCIATED OF VILLAGE COUNCIL PRESIDENTS,

      Plaintiff,

vs.

HEAT SOFTWARE USA, INC.,

      Defendant.

No. 3:15-cv-0232-HRH

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed November 3, 2016, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED this  4th  day of November, 2016.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 23.

Order – Case Dismissed